UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BT MEDIA LLC and CONTENT IQ, LLC,

                Plaintiffs,

v.

DALIA INTERNATIONAL OOD and DALIA INTERNATIONAL/ADSPIRE LLC,

                Defendants.

**ORDER**

21 Civ. 11220 (ER)

RAMOS, D.J.

On December 31, 2021, BT Media LLC and Content IQ, LLC brought this action against Dalia International OOD a/k/a Dalia International Ltd and Dalia International/Adspire LLC for breach of contract and related claims. Doc. 1. That same day, Plaintiffs requested that summonses be issued. Docs. 3–4. On January 3, 2022, summonses issued as to both Defendants. Docs. 5–6. To date, Plaintiffs have not filed any affidavit of service, and Defendants have not appeared in this action.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Plaintiffs are therefore directed to file a status report no later than **April 12, 2022.** Failure to comply will result in the Court dismissing the case under Fed. R. Civ. P. 4(m).

It is SO ORDERED.

Dated: April 5, 2022
       New York, New York

                                              Edgardo Ramos, U.S.D.J.