I UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BT MEDIA LLC and CONTENT IQ, LLC                    Case No. 21-cv-11220-ER

            Plaintiffs,

      -against-

DALIA INTERNATIONAL OOD a/k/a
DALIA INTERNATIONAL LTD and
DALIA INTERNATIONAL/ADSPIRE LLC,

           Defendants
_____

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BT Media LLC and Content IQ, LLC voluntarily dismiss without prejudice the above-entitled action against Defendants Dalia International OOD a/k/a Dalia International LTD and  Dalia International/Adspire LLC, This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Date: April 6, 2022

BERNSTEIN CHERNEY LLP

By: /s/ Hartley T. Bernstein

767 Third Avenue, 30th Floor
New York, N.Y. 10017
Phone: 212 381-9684
Fax: 646 304-9535
hbernstein@bernsteincherney.com

Attorneys for Plaintiffs